UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

FILED
11/18/2022
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

pg 1

SCANNED at WVCF and Emailed on
11-18-22 by N8-33 pages.
(date)   (Initials)  (num)

Jermaine C. Bradley
        Plaintiff,

-VS-

Warden (Name Unknown)
Ofc. Hall (Correctional Officer)
Ofc. Pigg (Correctional Officer)
Lt. Holcomb (SCU Zone Supervisor)
Lt. John Doe
Ofc. Maze (correctional Officer)
Sgt. Kosatek
Ofc. Chesterfield (Correctional Officer)
Ofc. Mayes (Correctional Officer)
Ofc. Alverez (Correctional Officer)
        Defendants, et. al

2:22-cv-00524-JRS-MJD

Cause No:

Jury Trial Demand

PRISONER COMPLAINT
42 U.S.C. § 1983

I PARTIES                                    pg 2

A. Plaintiff:

Name: Jermaine C. Bradley

Identification Number: 103739

Address: W.V.C.F, P.o. Box 1111; Carlisle, In. 47838


B. Defendant(s)  (11 total)

Name: Frank Danhiel

Title: Warden, Official /Individual capacity

Address: W.V.C.F, 6908 S. Old Hwy 41; Carlisle, In. 47838


Name: Ofc. Hall

Title: Corrections Officer of (SCU), Individual /Official capacity

Address: W.V.C.F, 6908 S. Old Hwy 41; Carlisle, In 47838


Name: Ofc. Pigg

Title: Corrections Officer of (SCU), Individual /Official capacity

Address: W.V.C.F, 6908 S. Old Hwy 41; Carlisle, In 47838


Name: Lt. Holcomb

Title: SCU zone Supervisor, Official /Individual capacity

Address: W.V.C.F, 6908 S. Old Hwy 41; Carlisle, In 47838


Name: LT. John Doe (Unknown)

Title: L.t. of (SCU), Official /Individual capacity

Address: W.V.C.F, 6908 S. Old Hwy 41, Carlisle, In 47838

Defendants continued...                          pg 3

Name: Ofc Maze
Title: Ofc of (SCU), Individual/Official capacity
Address: W.V.C.F, 6908 S. Old Hwy 41, Carlisle, In 47838

Name: Sgt Kosatek
Title: Sgt. of (SCU), Official/Individual Compacity
Address: W.V.C.F., 6908 S. Old Hwy 41, Carlisle, In 47838

Name: Ofc. Chesterfield
Title: Ofc of (SCU) Official/Individual Compacity
Address: W.V.C.F., 6908 S. Old Hwy 41, Carlisle, In 47838

Name: Ofc Mayes
Title: Ofc of (SCU), Individual/Official Compacity
Address: W.V.C.F., 6908 S. Old Hwy 41, Carlisle, In 47838

Name: Ofc Alvarez
Title: Ofc of (SCU), Individual/Official compacity
Address: W.V.C.F, 6908 S. Old Hwy 41, Carlisle, In 47838

**II** STATEMENT OF JURISDICTION          pg 4
     AND PREVIOUS LAWSUITS:

Jurisdiction over this action exist in the United
District Court for the Southern District of Indiana
because: These violations of my U.S. Constitutional
Rights and Civil Rights ocurred in the Southern District
of Indiana at the said facility above.


**III** Grievance Procedure
On the date of __10-18-21__, plaintiff filed a
formal grievance, see pg 23; On the date of __12-07-22__
plaintiff filed a grievance appeal. See pg 24;
Grievance specialist refuses to allow plaintiff
to complete the grievance process stating that
plaintiff's appeal was turned in late. See pg. 26;
Plaintiff continued to attempt to use the grievance
process by returning the appeal as well as a request
form explaining that I did not turn my appeal in
late and that I placed my appeal in my mailbag before
the expiration date and once I place it in my mailbag
I no longer have any control over when it is re-
ceived by the specialist. See pg 27. I later asked
the counselor to come and pick up a grievance which
I needed to turn in, and was told again that I
needed to place the grievance in my mailbag
because a grievance is not considered legal mail.

Grievance Procedure continued...                    pg 5
see pg. 28 . Therefore bringing me back
to the point of, if I am being forced to place
my grievances in my mailbag than I have abso-
lutely no control over what day it reaches the
grievance specialist. [Remedies Exhausted]

## IV CAUSE OF ACTION

Ground 1:
The Warden at the W.V.C.F was deliberately
indifferent, negligent, grossly negligent and
reckless by allowing his staff the not enforce
the training they were given in order to work
in the SCU and maintain a safe and secure
working and living environment, with protection
from attacks from other inmates and also
allowing a pervasive risk of harm to exist
at the prison which caused me to be burned and
violated my 8th amendment right to be free from attacks
by other inmates, and work in a safe enviroment resu-
lting in Cruel and Unusaal Punishment.

Ground 2: The warden permitted me to suffer cruel
and unusual punishment violating my 8th
amendment and was deliberately indifferent

CAUSE OF ACTION continued...                    pg 6
to my serious medical need by denying me to be
seen by a certified Medical Doctor (MD) after
being burned by another inmate.

Ground 3
Officer Hall, Ofc Pigg, Ofc. Maze Failed to protect
me by deliberately leaving all the the food slots
on the range open permitting another inmate the
ability to reach out of his cell and burn me with
hot boiling liquid and other chemicals in violation
of my 8th amendment. They were all deliberately
indifferent, negligent, grossly negligent, and
reckless by having knowledge that leaving the
food slots open is a safety and security threat and
puts my life in danger as other inmates can
now reach out there cell and assault me. Ofc
Hall, Ofc Pigg and Ofc Maze also were diliberately
indifferent to my serious Medical need By
refusing to take me to the W.V.C.F Infirmary
or Emergency Center to be seen by a Medical
Doctor.

Ground 4
Lt. Holcomb failed to protect me from being
attacked by another inmate by not training

pg.7

and/or allowing his fellow staff to not enforce the training given to them in order to work in the scu and maintain a safe and secure working and living enviroment with protection from attacks from other inmates and also allowing a pervasive risk of harm to happen in the scu, which caused me to be burned by another inmate. He allowed his staff to continue to leave the food slots open while the worker (plaintiff) was doing my job of cleaning the range even after having knowledge that many assaults were happening due to the food slot being left open. Only when he himself was assaulted did he have his staff enforce the safety & security training by keeping the food slots closed while others were on the range. His actions/non-actions was a direct result of me being assaulted and his failure to protect me was a violation of my 8th amendment. Lt. Holcomb was also deliber- ately indifferent to my serious medical need by denying me the chance to go to the infirmary to be examined by the licensed medical doctor for 8 days.

Ground 5
Lt. John Doe (name unknown) violated my 8th amendment

Pg. 8

and failed to protect me from assault from another inmate by allowing his staff to leave the food slots open knowing that that jeopardizes the safety and security of myself while I worked on the range. He was deliberately indifferent, negligent, grossly negligent, and reckless and allowing a pervasive risk of harm to exist in the SCU knowing that most of the assault taking place were due to the food slots being left open and not enforcing the rule to keep the closed and secure, causing me to be burned by another inmate. His failure to protect me from assault from another inmate violated my 8 amendment. Lt. John Doe also was deliberately indifferent to my serious medical need by not allowing me to be seen by the licensed medical doctor, forcing me to suffer in pain.

Ground 6: Lt. John Doe, Ofc hall and ofc pigg permitted me to be in cruel and unusual conditions amounting to punishment in violation of my 8th amendment and being deliberately indifferent to my serious medical need, by stripping my cell of everything and ignoring my condition leaving me with nothing to even clean my wounds.

Ground 7: Sgt. Kosatek, ofc. Chesterfield, ofc Mayes, ofc Alvarez permitted me to be in cruel and unusual conditions amounting to punishment in violation of my 8th amendment and being deliberately indifferent to my serious medical need. They all took my mattress and force me to sleep on the floor without returning my for a period of nearly 35 hours in a cell infested with urine and poop.

Ground 8

pg 9

Sgt Kosatek, Ofc Chesterfield, Ofc Mayes, and Ofc Alvarez forced me to sleep on the hard cement floor and denied providing me with my mattress for 35 hours being deliberately indiffent to my serious medical need in violation of my 14th amendment. Also, each officer failed to intervene with misconduct, inhumane and rigorous treatment.

## V    STATEMENT OF FACTS

1. On the day of 10-14-21 Officer Pigg did a security check and pass out mailbags.

2. Plaintiff noticed that Ofc. Pigg was not locking the food slots back after giving each inmate their mail bag which is routine/procedure because after the officer pass out the mailbags and leave the range, the range tender comes out of his cell to clean up. Leaving the food slot opens places the range tender in immediate danger because now the inmate can reach out of the cell to harm the worker by throwing something on him which is what happened to me.

3. When Ofc. Pigg reached my cell, I informed Ofc. Pigg

Pg 10

that he was leaving the food slots open and the slot are to be shut while I come out of my cell to clean the range.

4. Ofc Pigg stated to Plaintiff that I can not tell him how to do his job.

5. Plaintiff then told Ofc Pigg that I am not trying to tell him how to do his job but that he is placing my life in danger by leaving the slots open.

6. Ofc. Pigg then asked Plaintiff what was I scared of? In which Plantiff said "I'm not scared but there are people on the range with stingers that can hurt me because you are leaving these food slots open.

7. Ofc Pigg then told Plaintiff to stop crying like a bitch. Plaintiff then told Ofc. Pigg that if he leave the food slots open then I would not come out of my cell to clean the range because it is a safety and security issue. I then asked to speak to the Sgt.

8. Ofc. Pigg told Plaintiff that he could not see the Sgt and if Plaintiff do not come

pg 11

out of his cell and clean the range then Plaintiff would be fired from his job. Ofc. Pigg then left the range leaving all the food slots opened placing my life in immediate danger. Ofc Pigg failed to protect me and keep me free from attack from another inmate which violated my 8th amendment. Ofc. Pigg was deliberately indifferent, negligent, grossly negligent, reckless and Plaintiffs' injuries were a direct result of Ofc. Piggs actions.

9. Ofc. Pigg acted, and continue to act, under color of state law at all times relevant to this complaint.

10. Ofc. Maze was the pod officer in the control booth at the time. His job is to open/close all the cell doors. And keep an eye on all the ranges when there is anyone on the range for safety & security.

11. Ofc Maze saw that Ofc. Pigg was leaving the slots open and still roled my door for me to come out my cell to clean without contacting the Sgt. to inform him that Ofc. Pigg had left the slots open.

12. Plaintiff then came out of his cell and spoke

pg 12

with Ofc Maze, Plaintiff told Ofc Maze that he know that having all of the food slots open while I was out my cell cleaning was a safety and security threat and therefore he needed to contact the Sgt in order to have someone close the food slots.

13. Ofc Maze told me that he knows that the food slots are supposed to be closed but he will not go against his fellow officer.

14. Plaintiff then said so are you saying you will not go against your fellow officer even when you see that your fellow officer actions is placing me in an unsafe situation.

15. Ofc. Maze smiled and just said that's the way the cookie crumble sometimes in life.

16. Plaintiff then said that well you are just as guilty as Ofc. ~~Mann~~ Pigg because you are aware of the slots being open while I'm out here and you are not doing anything to fix this problem. Plaintiff again asked to go back in my cell and was again told that if I dont

Pg 13

stay out and work (in an unsafe situation) then I would be fired.

17. Ofc Maze after having knowledge of the food slots being opened while I was on the range failed to protect me and keep me free from attack from another inmate by failing to contact the sgt. to report that Ofc Pigg had left all the food slots on the range open, which violated my 8 Amendment. Ofc. Maze was deliberately indifferent, negligent, grossly negligent, reckless and Plaintiff's injuries were a direct result of Ofc. Maze actions.

18. Ofc Maze acted and continue to act under color of state law at all times relevant to this complaint.

19. Upon me (Plaintiff) talking out loud about the food slots every one began to yell I was a snitch and they would burn my ass up.

20. Ofc. Hall, and Ofc Pigg heard all the comotion and came to the door.

21. Plaintiff then told Ofc Hall that an inmate had a stinger and was going to throw something

Pg 14

on me if someone don't come to shut these food slots.

22. Ofc. Hall told me I don't need to be scared and that no one is going to do anything.

23. Plaintiff then told Ofc Hall that I had seen an inmate in his cell boiling hot liquid with a stinger.

24. Ofc Hall had then said that he would not help me by shutting the food slots because I had writting an informal on Ofc Pigg and Ofc Maze and they were his friends.

25. Ofc ~~Maze~~ Hall failed to protect me and keep me free~~dom~~ from attack by another inmate violating my 8 Amendment. By having knowledge that the food slot were left opened and I was being threatened with physical abuse and not doing anything at all to stop it, Ofc Hall, Pigg and Maze were deliberately indifferent, negligent, grossly negligent, reckless and my injuries were a direct result of their actions.

Pg 15

26. While Plaintiff began to do his job an inmate reached out of his cell and began to throw several cup of Hot Boiling liquid made with a stinger on the Plaintiff.

27. The inmate than began to try to stab the Plaintiff with a knife/shank that was tied on the end of a broom stick.

28. All of this was done through the food slot and could not have happened if someone would have shut the food slots.

29. The inmate that burned the Plaintiff and was trying to stab the Plaintiff lost the shank because the Plaintiff snatch the shank off the end of the broom stick, which was being stuck out of the food slot of the inmate. The inmate was charged and found guilty.

30. Plaintiff began to feel a very bad burning sensation across my face and chest.

31. Plaintiff then removed his shirt and realize there were bubbles, and blisters across his complete chest due to the liquid (Boiling hot) that was thrown on him.

Pg 16

32. Ofc Hall, Ofc Pigg, And Ofc Maze Witnessed what was happened and simply laughed.

33. Plaintiff told Ofc Hall and Ofc Pigg that I need to go to the hospital due to the burn and the pain I was in.

34. Ofc Hall and Ofc Pig made me wait an hour or more for the nurse to come see me.

35. Plaintiff continued to beg to be taken to the emergency room knowing that the burn was pretty extensive. Plaintiff was not able to see a Medical Doctor.

36. The nurse finally arrived and plaintiff was taken to an office in the (scu) to take pictures of his wounds.

37. Nurse applied cream to the burned area and wrapped plaintiff with bandages.

38. Plaintiff ask for something for the pain and was denied.

39. L.T. John Doe then told Plaintiff that I was going on strip cell because I had a knife.

Pg 17

40. Plaintiff explained that I did not have a knife and that the person that burned me had the knife and was trying to stab me with it through his food slot.

41. I explained that while the inmate was trying to take my life I was able to grab the knife off the end of the broom stick and threw it on the floor.

42. Plaintiff told Lt. John Doe to ask Ofc. Hall to verify that I wasn't the person with the knife but when Lt. John Doe asked Ofc. Hall about the knife, Ofc. Hall Lied on Plaintiff and said Plaintiff was the one with the knife.

43. Ofc. Hall then wrote Plaintiff up on a class A conduct report for possesion of deadly contraband.

44. Plaintiff had to return to his cell with no property and a class A report for a knife that wasn't his.

45. Lt. John Doe, Ofc Hall and Ofc Pigg permitted me to be in cruel and unusual condition amounting to punishment in violation of my 8th amendment. They all stripped my cell empty knowing I was the victim of being burned with boiling hot

Pg 18

liquid by another inmate and falsify document by writing me up for a knife that was used to try to kill me. They were LT John Doe Ofc Pigg and Ofc Hatl were deliberately indifferent to my serious medical need causing me more physical pain. Plaintiff also began to suffer from and continue to suffer from depression, very bad anxiety, paranoia, and thought of suicide (sometimes), due to the condition they left me in.

46. On 12-7-21 I was found not guilty for the class A conduct report for having a knife.

47. Plantiff suffered from very bad anxiety and deppression because he was so worried about a class A Conduct report that hung over my head for 2 Month. And being placed on strip cell when I was the victim due to officer Hall falsifying a conduct report.

48. On 3-24-22 I wrote a Health Care form to try to received mental care for the symptoms of depression, anxiety and mental care paranolia that I had been holding in for 5 months from being burned by an inmate and then set up by Ofc Hall.

Pg 19

49. On 3-30-22 I was placed on suicide watch.

50. Plaintiff was not at the time feeling suicidal.

51. On the date of 5-6-22 Plaintiff felt like he was being denied Mental Health Care and at that point depression, anxiety, paranoia began to take over my mind and I begin to want to die so plaintiff cut his wrist with a razor.

52. While on suicide watch Sgt Kosatek, Ofc Chesterfield, Ofc Mayes and Ofc Alvarez for me to sleep on the Cold Hard cement floor and would not give me my mattress, for 35 Hours. From 5-9-22 at 7:30a until 5-10-22 at 9:00pm I had no mattress. I asked ofc Chesterfield for my mattress and he told me that Monkeys sleep on the floor.

53. I then asked Ofc Mayes, and Ofc Alvarez for my mat and the both told me no, I'll get it when they feel like it.

54. I then asked Sgt Kosatek for my mattress in order to go to sleep in which he stated he not going to over ride whatever Ofc Chesterfield said.

Pg 20

55. Ofc Chesterfield, Ofc Mayes, Ofc Alvarez, and Sgt. Kosatek actions was the direct result of me having pain in my lower back area. As well as their actions made me go into a deeper stage of depression, anxiety, and paranolia. They permitted me to be in cruel and unusual conditions amounting to punishment in violation of my 8th Amendment and being deliberately indifferent to my serious medical need. They all could have provided me with a mattress but chose to make me suffer and sleep on a cement floor for 35 hours.

56. All defendants have acted, and continue to act, under color of law at all times relevant to this complaint.

VI  PREVIOUS LAWSUITS                                          Pg21

I have not sued anyone for the same things that I've complained of in this complaint.
No  X   Yes ____

Court: _____        Docket Number: _____
Judge: _____
Date filed: _____        Date closed: _____


VII  RELIEF

Wherefore, Plaintiff Jermaine Bradley request that the court grant the following relief:

1. Compensatory relief in the amount of $250,000.00 for the "Physical Injuries" I received. * (failure to protect/cruel and unusual Punishment).

2. Punitive Damage relief in the amount of $25,000.00 for EACH defendant, for the individual role they played in causing me ("Mental and Emotional stress + Damage")

3. Punitive Damage relief in the amount of $25,000.00 for EACH defendant who played a role in not holding my peace safety and well-being rights to the highest standard.

Pg 22

4. Total in Compensatory Damages: $250,000.00

5. Total in Punitive Damages: $500,000.00

6. Total in Compensatory + Punitive Damages: $750,000.00

Declaration

I, Jermaine Bradley, Plaintiff, pro se, do here by pursuant to 28 U.S.C. §1744, I declare under the penalty of perjury that the foregoing information is true and correct and that each document attached are the originals, and can be traced.

Signed this day 11-03-22

Respectfully Submitted

Jermaine Bradley #103739
W.V.C.F
P.O. Box 1111
Carlisle, In 47838