UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JERMAINE C. BRADLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:22-cv-00524-JRS-MJD |
| | ) |
| FRANK VANIHEL, | ) |
| HALL, | ) |
| PIGG, | ) |
| HOLCOMB, | ) |
| JOHN MAYES, | ) |
| | ) |
| Defendants. | ) |

**FINAL JUDGMENT**

The court now enters FINAL JUDGMENT.

The action is **dismissed with prejudice.**

Date: 03/28/2025

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: _Samantha Burmester_
Deputy Clerk, U.S. District Court

Distribution:

JERMAINE C. BRADLEY
103739
NEW CASTLE - CF
NEW CASTLE CORRECTIONAL FACILITY - Inmate Mail/Parcels
1000 Van Nuys Road
P.O. Box E
NEW CASTLE, IN 47362

All Electronically Registered Counsel